**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Phillip Ryan Bruce

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:14-mj-00010-MJS |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO MAY 20, 2014; ORDER THEREON** |
| PHILLIP RYAN BRUCE, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, PHILLIP RYAN BRUCE, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently scheduled for March 11, 2014, at 10:00 a.m. be continued until May 20, 2014 at 10:00 a.m.  Mr. Bruce agrees to waive personal service and appear for his initial appearance on May 20, 2014.

///

///

///

///

///

Mr. Bruce has a new job and is unable to miss work until after May 1, 2014, without suffering adverse consequences to his employment.

Dated:  March 3, 2014					/s/ Carol Ann Moses
							CAROL ANN MOSES
							Attorney for Defendant,
							PHILLIP RYAN BRUCE

Dated:  March 3, 2014					/s/ Susan St. Vincent
							SUSAN ST. VINCENT
							Legal Officer
							National Park Service

## ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Initial Appearance for PHILLIP RYAN BRUCE, CASE NO.  6:14-mj-00010-MJS  shall be and hereby is continued to May 20, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 4, 2014			/s/ *Michael J. Seng*
						UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE
INITIAL APPEARANCE TO MAY 20, 2014

2