| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Acting Legal Officer |
|   | NATIONAL PARK SERVICE |
| 3 | Legal Office |
|   | P.O. Box 517 |
| 4 | Yosemite, California  95389 |
|   | Telephone:  (209) 372-0241 |
| 5 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:14-mj-0010-MJS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| PHILLIP BRUCE, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice

.

Dated:  November 7, 2014          NATIONAL PARK SERVICE

 /S/ Susan St. Vincent_____
Susan St. Vincent
Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Bruce* 6:14-mj-0010-MJS, be dismissed, without prejudice, in the interest of justice.

The Order of dismissal is not without reservation.  Defendant should appreciate that it is a result of persuasive representations by particularly credible and highly respected Government and defense counsel who satisfied the Court that justice will best be served by this dismissal.

IT IS SO ORDERED.

Dated:    November 12, 2014              /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE